UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

OMAR RASHAD POUNCY,

        Plaintiff,

v.

MICHAEL BURGESS et al.,

        Defendants.

_____/

Case No. 1:23-cv-279

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's ability to file those claims in state court.

Dated:  June 21, 2023

/s/ Ray Kent
Ray Kent
United States Magistrate Judge